| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT | Report Required by the Ethics in Government Act of 1978 |
| --- | --- | --- |
| | Calendar Year 2003 | (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) TRAXLER, Jr., William B | 2. Court or Organization U.S.C.A. Fourth Circuit | 3. Date of Report 05/12/2004 |
| --- | --- | --- |
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) Circuit Court Judge (Active) | 5. Report Type (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 01/01/2003 to 12/31/2003 |
| 7. Chambers or Office Address P. O. Box 10127 Greenville, SC 29603 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Director | Federal Judges Association |
| 2. | Director | Piedmont Dance Club |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☐ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | 05/00/92 | State of S.C. Circuit Judge Retirement benefit (see III.A.1) |

RECEIVED May 13 12 00 PM '04 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | 2003 | State of S.C. Circuit Judge Retirement benefit | $39,606.96 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ **NONE** - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | University of South Carolina - Salary |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | S.C. Bar Association | 9/4-5 Columbia, SC; federal practice seminar; lodging, transportation |
| 2. | S.C. Trial Lawyers Association | 8/7-8 Hilton Head Island, SC; speaker; lodging |
| 3. | American Board of Trial Advocates | 11/13 Columbia, SC; awards dinner; meal |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/12/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Greenville County, S.C. | | None | L | S | | | | | |
| 2. (1) Leon County, Fla. ▓▓▓ 1/5 interest | | None | N | W | | | | | |
| 3. (2) Leon County, Fla. ▓▓ | | None | M | W | | | | | |
| 4. (3) Leon County, Fla. ▓▓▓ 1/5 interest | | None | K | W | | | | | |
| 5. Senoco stock (common) | A | Dividend | J | T | Reinv | | | | |
| 6. American Landlease stock (common) | A | Dividend | J | T | | | | | |
| 7. Family Steakhouses of Florida stock (common) | | None | J | T | | | | | |
| 8. Family Steakhouses of Florida stock (common) | | None | J | T | | | | | |
| 9. Palmetto Bank | A | Interest | K | T | | | | | |
| 10. Washington Mutual Investors Fund IRA | A | Dividend | J | T | | | | | |
| 11. Wendy's International, Inc. stock (common) | A | Dividend | J | T | | | | | |
| 12. Motorola stock (common) | A | Dividend | J | T | Reinv | | | | |
| 13. McDonalds stock (common) | A | Dividend | J | T | Reinv | | | | |
| 14. Kellogg's stock (common) | A | Dividend | J | T | Reinv | | | | |
| 15. RPM stock (common) | A | Dividend | J | T | Reinv | | | | |
| 16. Home Gold, Inc. stock (common) | | None | J | T | | | | | |
| 17. Sun Trust stock (common) | A | Dividend | J | T | | | | | |
| 18. Trust #1 | E | Distribution | M | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes: (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Wachovia National Bank accounts | | | | | | | | | |
| 20. --Greenville County, SC | | | | | | | | | |
| 21. --South Financial Group, Inc. stock (common) | | | | | Distrib | 3/20 | K | D | |
| 22. --Putnam Tax Free mutual fund | | | | | | | | | |
| 23. --Regions Bank stock (common) | | | | | | | | | |
| 24. --SCANA stock (common) | | | | | | | | | |
| 25. --Solutia stock (common) | | | | | | | | | |
| 26. --Wachovia National Bank stock (common) | | | | | | | | | |
| 27. --American Landlease stock (common) | | | | | | | | | |
| 28. --Pfizer stock (common) (formerly Pharmacia) | | | | | Merger | 4/16 | K | | |
| 29. --UBS Bank USA (formerly RMA money market portfolio) | | | | | Rollover | 11/4 | J | | |
| 30. --Wachovia National Bank stock (preferred) | | | | | | | | | |
| 31. --Monsanto stock (common) | | | | | | | | | |
| 32. --Carolina First Bank accounts | | | | | | | | | |
| 33. Carolina First Bank accounts | A | Interest | J | T | | | | | |
| 34. Vanguard Growth & Income Portolio | A | Dividend | J | T | | | | | |
| 35. Growth Fund of America IRA | A | Dividend | J | T | | | | | |
| 36. New Perspective Fund IRA | A | Dividend | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Banknorth Bank account | | None | | | Closed | 9/4 | J | | |
| 38. Summit National Bank accounts | D | Interest | N | T | | | | | |
| 39. General Electric stock (common) | A | Dividend | J | T | | | | | |
| 40. AMEX SPDR Index stock (common) | A | Dividend | J | T | | | | | |
| 41. Ameritrade IRA | A | Dividend | J | T | | | | | |
| 42. --Silicon Graphics stock (common) | | | | | | | | | |
| 43. --MIPS Technologies stock (common) | | | | | | | | | |
| 44. --Honeywell stock (common) | | | | | | | | | |
| 45. --Applied Materials stock (common) | | | | | | | | | |
| 46. --Texas Instrument stock (common) | | | | | | | | | |
| 47. Greenville First Bank | A | Interest | J | T | | | | | |
| 48. Honeywell stock (common) | A | Dividend | J | T | | | | | |
| 49. BB&T stock (common) | A | Dividend | J | T | | | | | |
| 50. Affinity Technologies Group stock (common) | | None | J | T | | | | | |
| 51. Wachovia stock (common) | A | Dividend | J | T | | | | | |
| 52. RMA Money Market Portfolio | A | Dividend | | | Closed | 12/8 | J | | |
| 53. Microsoft stock (common) | A | Dividend | J | T | | | | | |
| 54. Home Depot stock (common) | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| TRAXLER, Jr., William B | 05/12/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | If not exempt from disclosure | | | |
| | (1) | (2) | (1) | (2) | (1) | (2) | (3) | (4) | (5) |
| | Amount Code 1 (A-H) | Type (e.g. div. rent. or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | Date: Month - Day | Value Code 2 (J-P) | Gain Code 1 (A-H) | Identity of buyer/seller (if private transaction) |
| 55. Pfizer stock (common) | A | Dividend | J | T | | | | | |
| 56. South Financial stock (common) | A | Dividend | K | T | Distrib | 3/20 | K | | |
| 57. Liberty Life -- whole life insurance policies | | None | J | T | | | | | See note in Part VIII |
| 58. Protective Life -- whole life insurance policy | | None | J | T | | | | | See note in Part VIII |
| 59. Jefferson National Life -- whole life insurance policy | | None | J | T | | | | | See note in Part VIII |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Val    V = Other    W = Estimated

# VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

In Parts II and IIIA1, I am eligible for a lifetime monthly retirement benefit of approximately 18/24 of 71.3% of the salary of a Circuit Judge of South Carolina. Payment began when I turned 55 years of age on May 1, 2003.

In Part VII, #1--Greenville County, S.C., total taxable value is $59,205.00.

In Part VII, #5, #12, #13, #14, #15--▓▓▓▓▓▓▓ I invest in these companies via dividend reinvestment plans or DRIPs. The stock dividends automatically go toward buying more shares.

In Part VII, #18--I receive a proportionate distribution of income and corpus annually. The Trustee is ▓▓▓▓▓▓▓ in Greenville, SC. Identification of trust omitted per instructions.

In Part VII, #28--Pharmacia merged with Pfizer.

In Part VII, #29--The RMA Money Market Portfolio was rolled over into the UBS Bank USA Deposit Account.

In Part VII, #56--This stock is the same stock whose distribution from a trust is reflected in #21.

In Part VII, #57, #58, #59--These items have not been listed previously because I had not known that life insurance policies had an investment aspect to them. It was only upon going over this year's instructions (and apparently having missed this part when it was added last year) that I realized whole life insurance policies should be reported as investments. The policies held by Liberty Life were issued in 1962 and 1969, the policy held by Protective Life Insurance Company was issued in 1966, and the policy held by Jefferson National Life Insurance Company was issued in 1972.

# K. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____         Date ___5/12/04___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544